UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '08 MJ 1389 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| **Pablo Alfredo LOAIZA-Soto,** | Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |
| Defendant | |

The undersigned complainant, being duly sworn, states:

On or about **May 1, 2008** within the Southern District of California, defendant, **Pablo Alfredo LOAIZA-Soto,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **2nd** DAY OF **MAY 2008**

_____
Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Pablo Alfredo LOAIZA-Soto

## PROBABLE CAUSE STATEMENT

On May 1, 2008, Border Patrol Agent A. Ramirez was performing Border Patrol duties in the Campo, California area of responsibility. At approximately 2:00 A.M. Agent Ramirez responded to a sensor activation near Campo, California. This area is located about 20 miles east of the Tecate, California Port of Entry and just north of the United States/Mexico international boundary.

Agent Ramirez followed foot prints and with the assistance of a night scope operator, encountered seven individuals hiding at approximately 4:25 A.M. Agent Ramirez identified himself as United States Border Patrol Agent and questioned each subject as to their citizenship. All seven, including one later identified as the defendant **Pablo Alfredo LOAIZA-Soto,** admitted to having entered the United States illegally without any immigration or travel documents that would allow them to be in or remain in the United States legally. The defendant admitted to being a citizen of Mexico. Agent Ramirez placed all seven individuals under arrest and they were transported to the Campo Station Border Patrol Station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on **March 21, 2008** through **Nogales, Arizona**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally